# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Schoenefeld v. Schneiderman    Docket No.: 11-4283-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Amar Sarwal

Firm: Association of Corporate Counsel

Address: 1025 Connecticut Avenue NW Suite 200 Washington DC 20036

Telephone: 202.696.1545    Fax:

E-mail: sarwal@acc.com

Appearance for: Association of Corporate Counsel
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: In support of Plaintiff-Appellee's Petition for Rehearing En Banc)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 17, 2013    OR

☐ I applied for admission on _____.

Signature of Counsel: s/ Amar Sarwal

Type or Print Name: Amar Sarwal